IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SPECIALTYCARE, INC., and SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PAIGE M. MAISH, WILLIAM M. MEDLIN, and SAVANNAH PERFUSION, LCC, <br><br> Defendants. <br><hr> PAIGE M. MAISH, WILLIAM M. MEDLIN, and SAVANNAH PERFUSION, LCC, <br><br> Counterclaimants, <br><br> v. <br><br> SPECIALTYCARE, INC., and SPECIALTYCARE CARDIOVASCULAR RESOURCES, INC., <br><br> Counter Defendants. | CASE NO. <br><br> CV412-94 |

### O R D E R

Before the Court is the parties' Stipulation of Dismissal of William M. Medlin. (Doc. 16.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the plaintiff by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT**

**PREJUDICE** as to Counterclaimant Defendant William M. Medlin. The Clerk of Court is **DIRECTED** to terminate Counterclaimant Defendant William M. Medlin.

SO ORDERED this 30th day of May 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2